Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 50034 | **DATE** | 10/4/2007 |
| **CASE TITLE** | Johnson vs. Astrue | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Defendant's Motion for Summary Judgment is granted and Plaintiff's Motion for Summary Judgment is denied.

*/s/ Mahoney*

Notices mailed by Judicial staff.

**FILED**

OCT 0 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JH |
|---|---|---|